## Commonwealth *v.* Marshall, Appellant.

Argued September 9, 1968. *Melvin Lashner,* with him *Adelman & Lavine,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Walter M. Phillips, Jr.,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.